# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Phillip Gerald Hunt, Jr.,<br><br>     Plaintiff,<br><br>v.<br><br>Anabi Oil Corporation,<br><br>     Defendant(s). | Case No. 2:25-cv-01848-NJK[1]<br><br>**Order**<br><br>[Docket No. 5] |

Pending before the Court is Plaintiff's motion to be permitted to file electronically. Docket No. 5. A *pro se* litigant may request authorization to register as electronic filers in a specific case. Local Rule IC 2-1(b). Plaintiff's motion is **GRANTED** subject to the following:

- No later than January 30, 2026, Plaintiff must file a certification that he is familiar with the Electronic Case Filing Procedures and the Civil Menu E-Filing Categories and Events.[2]

- Plaintiff is not authorized to file electronically until said certification is filed within the timeframe specified above.

- Upon timely filing of the certification, Plaintiff must contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

IT IS SO ORDERED.

Dated: January 12, 2026

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1] This case is proceeding before the undersigned magistrate judge pursuant to the opt-out consent program. *See* Docket Nos. 2-3.

[2] The Electronic Case Filing Procedures and Civil Menu E-Filing Categories and Events can all be found at https://www.nvd.uscourts.gov/e-filing-permission/.